UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE E. WILLIAMS, | Case No. 2:16-cv-00199-JCM-PAL |
| Plaintiff(s), | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendant(s). | |

Presently before the court is *Williams v. Bank of America et al.*, case no. 16-cv-00199-JCM-PAL. This action was removed from the Eighth Judicial District Court for Clark County, Nevada on February 1, 2016. (Doc. #1). Prior to its removal, the district court denied plaintiff's motion for a temporary restraining order and scheduled a hearing for February 2, 2016, to resolve the motion for a preliminary injunction. (Doc. #1). Upon reviewing the materials, the court will allow the parties to fully brief plaintiff's request for a preliminary injunction before ruling on the merits.

Accordingly,

IT IS HEREBY ORDERED that defendants' responses are due 14 days from the date of this order, and plaintiff's reply is due 7 days thereafter.

DATED February 5, 2016.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**