UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL E. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-00199-JCM-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Plaintiff filed the complaint in state court, and Defendant Bank of America removed it (Dkt. #1) to this court February 1, 2016. Defendants filed Motions to Dismiss (Dkt. ##5, 8) on February 8, 2016.

Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, the parties must promptly file a supplemental notice upon any change in the information contained in the notice. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than March 18, 2016.**

/ / /

/ / /

/ / /

1

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not
2 | be imposed.
3 |     DATED this 25th day of February, 2016.

                                               PEGGY A. LEEN
                                               UNITED STATES MAGISTRATE JUDGE