|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
|   | Yanxiong Li, Esq. |
| 2 | Nevada Bar No. 12807 |
|   | 7785 W. Sahara Ave, Suite 200 |
| 3 | Las Vegas, NV 89117 |
|   | (702) 475-7964; Fax: (702) 946-1345 |
| 4 | yli@wrightlegal.net |
| 5 | *Attorneys for Defendants,* |
|   | *The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders* |
| 6 | *CWMBS, Inc. CHL Mortgage Pass-Through Trust 2004-20 Mortgage Pass-Through Certificates,* |
| 7 | *Series 2004-20, and Residential Credit Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| MICHAEL E. WILLIAMS, | Case No.: 2:16-cv-00199-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| BANK OF AMERICA, N.A., COUNTRYWIDE HOME LOAN, INC., BANK OF NEW YORK MELLON, RESIDENTIAL CREDIT SOLUTIONS, INC. AND DOES 1-10; | |
| Defendants. | |

COMES NOW, Defendants The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2004-20 Mortgage Pass-Through Certificates, Series 2004-20, and Residential Credit Solutions, Inc. ("Plaintiff"), by and through its attorneys of record, Yanxiong Li, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Yanxiong Li, Esq. Subsequent filings have been made and Previous Attorney is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorney receive notice of the ongoing proceedings.

1  Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed
2  from the Service List in this matter.
3  DATED this 27th day of May, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Defendants,*
*The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2004-20 Mortgage Pass-Through Certificates, Series 2004-20, and Residential Credit Solutions, Inc.*

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of May, 2020, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically to all counsels identified on the CM/ECF notification system.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED**

**DATED: May 28, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**